UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>        Plaintiff,<br><br>  v.<br><br>MOUNTAIN COUNTIES SUPPLY COMPANY dba MAIN STREET CHEVRON,<br><br>        Defendant. | No.  2:15-cv-00651-GEB-CMK<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

        Plaintiff filed a "Notice of Settlement" on August 26, 2015, in which she states: "the aforementioned matter . . . has been resolved. The parties anticipate filing a Stipulation for Dismissal within eight weeks." (Notice Settlement, ECF No. 11.)

        Therefore, a dispositional document shall be filed no later than October 21, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated:  August 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1